UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| **KEVIN BIVENS** § | |
|     **PLAINTIFF,** § | **CIVIL ACTION NO.: 3:18-CV-00347** |
| § | |
| **V.** § | |
| § | |
| **AMERICAN STRATEGIC INSURANCE** § | |
| **CORPORATION** § | |
|     **DEFENDANT.** § | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTICE OF SETTLEMENT

Defendant, American Strategic Insurance Corporation, a Write-Your-Own ("WYO") carrier participating in the U.S. Government's National Flood Insurance Program ("NFIP"), pursuant to the National Flood Insurance Act of 1968, as amended (42 U.S.C. § 4001, *et seq*.), appearing herein its "fiduciary"[1] capacity as the "fiscal agent of the United States,"[2] by and through its undersigned counsel and on behalf of the parties, hereby notifies the Court that the above-styled matter has been amicably resolved. Counsel are finalizing the appropriate settlement documents and will thereafter file an appropriate Stipulation for Dismissal and Order with the Court.

Dated: October 21, 2019

                                          Respectfully submitted,

                                          **NIELSEN & TREAS, LLC**

                                          */s/ William R. DeJean*
                                          William R. DeJean
                                          TX Fed. ID #1133102
                                          Louisiana State Bar #22762
                                          3838 N. Causeway Boulevard, Suite 2850
                                          Metairie, Louisiana 70002
                                          Telephone: (504) 837-2500
                                          Facsimile: (504) 832-9165
                                          Email: wdejean@nt-lawfirm.com

---

[1] 44 C.F.R. § 62.23(f).
[2] 42 U.S.C. § 4071(a)(1).

1

And

**BAKER & HOSTETLER, LLP**

Douglas D. D'Arche
State Bar No. 00793582
Bradley K. Jones
State Bar No. 24060041
811 Main St., Suite 1100
Houston, Texas 77002
Telephone: (713) 751-1600
Facsimile: (713) 751-1717
E-mail: ddarche@bakerlaw.com
bkjones@bakerlaw.com

**COUNSEL FOR DEFENDANT, AMERICAN STRATEGIC INSURANCE CORPORATION**

**CERTIFICATE OF SERVICE**

    The undersigned certifies that a copy of the foregoing was served upon all counsel of record via CM/ECF System this 21st day of October, 2019.

    Phillip N. Sanov
    Rajan Pandit
    John D. Carter
    Pandit Law Firm, LLC
    One Galleria Tower
    2700 Post Oak Blvd., 21st Floor
    Houston, TX 77056
    Attorneys for Plaintiff

    */s/ William R. DeJean*
    William R. DeJean