United States District Court
Southern District of Texas
**ENTERED**
January 13, 2020
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| **KEVIN BIVENS** | § | |
|     PLAINTIFF, | § | CIVIL ACTION NO.: 3:18-cv-00347 |
| | § | |
| V. | § | |
| | § | |
| **AMERICAN STRATEGIC INSURANCE** | § | |
| **CORPORATION** | § | |
|     DEFENDANT. | § | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

NOW INTO COURT, through undersigned counsel, come Plaintiff, Kevin Bivens, and Defendant, American Strategic Insurance Corporation, and hereby stipulate and agree that this matter has been amicably resolved, and that the above-referenced cause may be dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: January 10, 2020.

                                  Respectfully submitted,

                                  **NIELSEN & TREAS, LLC**

                                  */s/ William R. DeJean*
                                  William R. DeJean
                                  TX Fed. ID #1133102
                                  Louisiana State Bar #22762
                                  3838 N. Causeway Boulevard, Suite 2850
                                  Metairie, Louisiana 70002
                                  Telephone: (504) 837-2500
                                  Facsimile: (504) 832-9165
                                  Email: wdejean@nt-lawfirm.com

                                  **AND**

**BAKER & HOSTETLER, LLP**

Douglas D. D'Arche
State Bar No. 00793582
Bradley K. Jones
State Bar No. 24060041
811 Main St., Suite 1100
Houston, Texas 77002
P: (713) 751-1600; F: (713) 751-1717
E-mail: ddarche@bakerlaw.com
bkjones@bakerlaw.com
*Counsel for Defendant*

**AND**

**PANDIT LAW FIRM, LLC**

By:     */s/ Phillip N. Sanov*
Phillip N. Sanov Tx. Bar No. 17635950
Rajan Pandit La. Bar No. 32215
Fed. ID 1070660
John D. Carter La. Bar No. 24334
Fed ID 1058771
One Galleria Tower
2700 Oak Post Blvd., 21st Floor
Houston, TX  77056
Telephone: (800) 615-3046
Facsimile: (504) 313-3820
psanov@panditlaw.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2020 a copy of the above pleading has been served on all counsel of record by CM/ECF system to the following.

Phillip Norris Sanov
Rajan Pandit
John Dennis Carter
Pandit Law Firm, LLC
One Galleria Tower
2700 Post Oak Blvd.
21st Floor
Houston, TX 77056
*Counsel for Plaintiffs*

                                          */s/ William R. DeJean*
                                          William R. DeJean

The stipulation is accepted by the Court, and the lawsuit is hereby DISMISSED WITH PREJUICE to refiling.  Each party shall bear its own attorneys' fees and costs.

SIGNED at Galveston, Texas on this 13th day of January, 2020.

                                            _____
                                            JEFFREY VINCENT BROWN
                                            UNITED STATES DISTRICT JUDGE